UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

RYAN PFLIPSEN,

      Plaintiff,

v.                                      Case No. SA-21-CV-1055-JKP

LECO BROADWAY 410, LLC,

      Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the status of the above-styled cause of action. On February 4, 2022, the Court ordered Plaintiff to "show cause on or before February 11, 2022, why this case should not be dismissed for want of prosecution." ECF No. 5.

In the order the Court observed that "the record reflects that Plaintiff filed this action on October 28, 2021, and requested issuance of summons. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff was required to serve Defendant with a copy of the Complaint and summons within 90 days of the filing of this suit. If a Plaintiff fails to timely effect service on Defendant, this Court must dismiss this action without prejudice or order service be made within a specified time. Fed. R. Civ. P. 4(m). Service has not been completed, and the deadline to do so has expired." *Id.*

To date, Plaintiff has made no response to the show cause order. It is therefore **ORDERED** that the above styled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of Court is directed to close this case.

      **It is so ORDERED this 15th day of February 2022.**

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE